**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SENECA SPECIALTY INSURANCE
COMPANY,

        Petitioner,

vs.                                     Case No. 3:14-cv-922-J-34PDB

845 NORTH, INC., KIMBERLY ADDISON, and
TYLER GOMES,

        Respondents.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On February 18, 2015, Petitioner filed Petitioner, Seneca Specialty Insurance Company's Notice of Filing List of Supplemental Authority in Support for Summary Final Declaratory Judgment [DE 16] (Doc. No. 19; Notice). In the Notice, Petitioner submits a lengthy list of cases it requests the Court consider in connection with Petitioner, Seneca Specialty Insurance Company's Motion for Summary Final Declaratory Judgment and Incorporated Memorandum of Law (Doc. No. 16; Motion), which Petitioner filed fourteen days prior to the Notice, on February 4, 2015.

Pursuant to Local Rule 3.01(c), United States District Court, Middle District of Florida (Local Rule(s)), a party is not permitted to file any reply or further memorandum directed to a motion or response absent leave from the Court. Petitioner contends that a notice of supplemental authority is an exception to Local Rule 3.01(c). See Notice at 1-3. However, Petitioner does not cite the Court to supplemental authority in the Notice. "[S]upplemental filings should direct the Court's attention to legal authority or evidence that was not available to the filing party at the time that the party filed the original brief to which the subsequent

supplemental filing pertains." Girard v. Aztec RV Resort, Inc., No. 10-62298-CIV, 2011 WL 4345443, at *2 (S.D. Fla. Sept. 16, 2011) (discussing analogous local rule in the Southern District of Florida).  Of the forty-six cases listed in the Notice, not a single one was decided after the filing of the Motion.  Thus, the Notice does not cite supplemental authority and should be stricken, as it contravenes Local Rule 3.01(c).

Accordingly, it is hereby

**ORDERED**:

Petitioner, Seneca Specialty Insurance Company's Notice of Filing List of Supplemental Authority in Support for Summary Final Declaratory Judgment [DE 16] (Doc. No. 19) is **STRICKEN.**

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of February, 2015.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc16

Copies to:

Counsel of Record